**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO: 20-80886-CV-MIDDLEBROOKS

LEKETHIA D. NIXON,

    Plaintiff,

v.

BROADWAY JOE'S DRIVE-IN, LLC, et al.,

    Defendants.

_____/

**FINAL JUDGMENT**

THIS CAUSE comes before the Court upon the Court's prior Order on Motion for Default Final Judgment. (DE 26). Consistent with that Order, and pursuant to Federal Rule of Civil Procedure 58, it is hereby **ORDERED AND ADJUDGED** that:

(1) Final judgment is **ENTERED** in favor of Plaintiff Lekethia D. Nixon and against Defendants Broadway Joe's Drive-In, LLC, and Bruce Caprara for FLSA violations.

(2) Plaintiff is **AWARDED** damages against Defendants in the total amount of $9,265.70, which consists of:

    (a) $398.75 in damages for her unpaid minimum wages claim;

    (b) $2,640.00 in damages for her unpaid overtime wages claim;

    (c) $3,038.75 in liquidated damages for her FLSA claims; and

    (d) $3,188.20 in attorneys' fees and costs, representing $2,658.20 in attorneys' fees and $530.00 in costs.

(3) The Clerk of Court shall **CLOSE THIS CASE**.

(4) All pending motions are **DENIED AS MOOT**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 22nd day of January, 2021.

Donald M. Middlebrooks
United States District Judge

cc: Counsel of Record